IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE SIMPSON,

    Plaintiff,

v.

SCOTT WALKER, J.B VAN HOLLEN,
EDWARD F. WALLS, TIMOTHY HAINES,
SARA MASON, CAPT. FLANNERY, DANE
ESSER, SHAWN GALLINGER, JASON
GODFREY, TRAVIS PARR, WAYNE
PRIMMER, CATHY A. JESS, GARY
BOUGHTON, THERAN GAGE, CHAD
WINGER, CHRISTOPHER FOLEY,
RONALD TOGERSON, LUCAS RUNICE,
THOMAS BELZ, MICHAEL SHERMAN,
MICHAEL COCKCROFT, LEVERNE
WALLACE, MATHEW SCULLION, KEITH
WEIGEL, PAUL KERSTEN, ELLEN RAY and
WILLIAM BROWN,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-776-jdp

---

    This action came for consideration before the court and a jury with District Judge James D. Peterson presiding. The issues have been tried and the court has rendered a decision.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed.

Approved as to form this 29th day of January, 2016.

_____
James D. Peterson
District Judge

_____    1/29/16
Peter Oppeneer, Clerk of Court       Date