IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIE SIMPSON,

                Plaintiff,                      ORDER

    v.                                         13-cv-776-jdp

DANE ESSER, SHAWN GALLINGER,
JASON GODFREY, TRAVIS PARR,
WAYNE PRIMMER, THERAN GAGE,
CHAD WINGER, CHRISTOPHER FOLEY,
LUCAS RUNICE, THOMAS BELZ,
MICHAEL SHERMAN, MICHAEL COCKCROFT,
LEVERNE WALLACE, MATHEW SCULLION,
KEITH WEIGEL, and PAUL KERSTEN,

                Defendants.

---

    Plaintiff Willie Simpson orally submitted a motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(a) during the trial and renewed that motion under Rule 50(b) following the verdict finding for defendants on all of his claims.

    Plaintiff may have 28 days from the entry of judgment to file his brief in support. I will review the brief and request a response from defendants if I conclude that a response would be helpful to the court. If I request a response from defendants, I will give plaintiff an opportunity to reply. If plaintiff seeks portions of the transcript to use in briefing his motions, I would consider a request to extend the briefing deadline. But plaintiff should be aware that he will have to pay for the production of the transcript for purposes of litigating post-judgment motions.

    If plaintiff wishes to file a motion for new trial or to alter or amend the judgment under Rule 59, he has 28 days after entry of the judgment to do so. Any such motion must

"state with particularity the grounds for seeking the order." Fed. R. Civ. P. 7(b)(1)(B). The court cannot extend the 28-day deadline. Rule 6(b)(2).

Plaintiff's 30-day deadline from the entry of judgment to file a notice of appeal is tolled by his Rule 50 motion.

Entered January 29, 2016.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      JAMES D. PETERSON
                                      District Judge