United States Court of Appeals
For The Seventh Circuit

Willie Simpson

    Plaintiff-Appellant

v.

Dane Esser et al.,

    Defendants-Appellees

REC'D/FILED
2016 OCT 13 AM 10:46
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## Petitioner-Appellant Notice of Appeal

Plaintiff-Appellant Pro se Willie Simpson gives notice that Appellant appeals the January 28, 2016 jury verdict and January 29, 2016 judgment in favor of Defendants entered in the U.S. District Court Western District of Wisconsin, Rm. 320, 120 North Henry Street Madison WI. 53703, Judge James D. Peterson Presiding, To The U.S. Court of Appeals For The 7th. Cir. 219 South Dearborn Street Rm 2722 Chicago Ill. 60604.

Signed This 6 Day of Oct 2016

Willie Simpson Pro se 331230
Green Bay Corr Inst
P.O. Box 19033
Green Bay WI. 54307